Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKE SCHROEDER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHEMPOINT.COM, INC., a Nevada Corporation, and UNIVAR USA, INC., a Washington Corporation,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-01507-RSL<br><br>STIPULATION FOR AND [Proposed] ORDER OF DISMISSAL |

## STIPULATION

Plaintiff Brooke Schroeder, by and through her attorneys, Patrick B. Reddy and Amanda V. Masters of Emery Reddy, PLLC, and defendants Chempoint.com, Inc., and Univar USA, Inc., by and through their attorneys Susan K. Stahlfeld and Kellen Andrew Hade, Miller Nash Graham & Dunn LLP, stipulate to the entry of the subjoined order dismissing plaintiff's complaint with prejudice and without the award of fees or costs.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
(Case No. 2:16-cv-01507-RSL)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-2341-2043.1

DATED this 13th day of July, 2017.

By: s/ Patrick B. Reddy
By: s/ Amanda V. Masters

Patrick B. Reddy, WSB No. 34092
Amanda V. Masters, WSB No. 46342
Emery Reddy, PLLC
600 STEWART ST STE 1100
SEATTLE WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
E-Mail: reddyp@emeryreddy.com
amanda@emeryreddy.com

Attorneys for Plaintiff

By: s/ Susan K. Stahlfeld
By: s/ Kellen Andrew Hade

Susan K. Stahlfeld, WSB No. 22003
Kellen Andrew Hade, WSB No. 44535
MILLER NASH GRAHAM & DUNN LLP
Pier 70
2801 ALASKAN WAY STE 300
SEATTLE WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-Mail: susan.stahlfeld@millernash.com
kellen.hade@millernash.com

Attorneys for Defendants

**ORDER**

Based on the parties' stipulation as described above, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint in its entirety is dismissed with prejudice and without the award of any fees or costs.

DATED this 14th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL - 2
(Case No. 2:16-cv-01507-RSL)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-2341-2043.1

1  Presented by:

2  By: s/ Susan K. Stahlfeld
   By: s/ Kellen Andrew Hade
3

4  Susan K. Stahlfeld, WSB No. 22003
   Kellen Andrew Hade, WSB No. 44535
   MILLER NASH GRAHAM & DUNN LLP
5  Pier 70
   2801 ALASKAN WAY STE 300
6  SEATTLE WA 98121
   Telephone: (206) 624-8300
7  Telephone: (206) 624-8300
   Fax: (206) 340-9599
8  E-Mail: susan.stahlfeld@millernash.com
           kellen.hade@millernash.com
9

10 Attorneys for Defendants

   Also presented by:
11
   By: s/ Patrick B. Reddy
12 By: s/ Amanda V. Masters

13 Patrick B. Reddy, WSB No. 34092
   Amanda V. Masters, WSB No. 46342
14 Emery Reddy, PLLC
   600 STEWART ST STE 1100
15 SEATTLE WA 98101

16 Telephone: (206) 442-9106
   Fax: (206) 441-9711
17 E-Mail: reddyp@emeryreddy.com
           amanda@emeryreddy.com
18
   Attorneys for Plaintiff
19

20

21

22

23

24

25

26

STIPULATION FOR AND ORDER OF DISMISSAL - 3
(Case No. 2:16-cv-01507-RSL)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-2341-2043.1